**Bloomington Auto Sales Company et al., appellees. v. Indemnity Company of America, appellant. Gen. No. 8,027.**

Bill to reform policy insuring against liability from operating automobiles. Decree for complainant. Appeal from the Circuit Court

of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed April 22, 1927.

A. E. & R. C. De Mange, for appellant. Sigmund Livingston, for appellees.

Mr. Justice Niehaus delivered the opinion of the court.